United States District Court
Southern District of Texas
**ENTERED**
December 06, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| PERFORMANCE SERVICES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:22-CV-00346 |
| | § | |
| HARMONY BUSINESS CONSULTING, | § | |
| LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S ORIGINAL COMPLAINT

Given Plaintiff's filing, as of right, of its Amended Complaint (Dkt. No. 15), *see* FED. R. CIV. P. 15(a)(1)(B), the Court hereby **ORDERS** that Defendants' Motion to Dismiss Plaintiff's Original Complaint (Dkt. No. 11) is **DENIED** without prejudice as **MOOT**.

SO ORDERED December 6, 2022, at McAllen, Texas.

Randy Crane
Chief United States District Judge