United States District Court
Southern District of Texas
**ENTERED**
March 06, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| **PERFORMANCE SERVICES, INC.** § | | |
| *Plaintiff*, § | | |
| v. § | CIVIL ACTION NO. 7:22-cv-00346 | |
| § | | |
| **HARMONY BUSINESS CONSULTING,** § | | |
| **LLC AND ANTONIO GONZALEZ, III** § | | |
| *Defendants*. § | | |

## AGREED FINAL JUDGMENT

Before the Court is the Joint Motion to Enter this Agreed Judgment (the "**Motion**") [Dkt. No. 22] filed by Plaintiff Performance Services, Inc. ("**Plaintiff**") and Defendants Harmony Business Consulting, LLC and Antonio Gonzalez, III (together, "**Defendants**") by and through and approved by the undersigned counsel.

1. Based on the Motion, taking judicial notice of the entire record for this case, and this Agreed Judgment, the Court agrees that the Motion should be GRANTED.

2. ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Performance Services, Inc. TAKE NOTHING on all causes of action asserted against Defendant Antonio Gonzalez III.

3. IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that final judgment on is entered on the Breach of Contract cause of action against Defendant Harmony Business Consulting, LLC, in the amount of FIVE HUNDRED THOUSAND DOLLARS ($500,000.00) in favor of Performance Services, Inc. IT IS HEREBY ORDERED, ADJUDGED,

AND DECREED that Performance Services, Inc. TAKE NOTHING on all other causes of action against Defendant Harmony Business Consulting, LLC.

    4.    The parties shall bear their own costs and fees.

    5.    This is a FINAL JUDGMENT as to all claims by Plaintiff against Defendants.

IT IS SO ORDERED.

DATED: 6th day of March, 2023

                                                            _____
                                                            THE HONORABLE RANDY CRANE
                                                            UNITED STATES DISTRICT JUDGE

*ENTRY AGREED TO BY:*

**MBMT Law Firm**

By: _____
Benigno (Trey) Martinez
State Bar No. 00797011
Email: trey@mbmtlawfirm.com
Tomas F. Tijerina
State Bar No. 24070746
Email: ttijerina@mbmtlawfirm.com
1201 E. Van Buren
Brownsville, Texas 78520
Ph. (956) 550-4868
Fax (956) 621-0135
*Attorneys for Plaintiff*


**Davis & Santos, PLLC**

By: */s/ Caroline Newman Small*
Jason M. Davis
**Attorney-In-Charge**
Texas State Bar No. 00793592
Southern District No. 20114
Email: jdavis@dslawpc.com
Caroline Newman Small
Texas State Bar No. 24056037
Southern District ID No. 1429596
Email: csmall@dslawpc.com
719 S. Flores Street
San Antonio, Texas 78204
Tel: (210) 853-5882
Facsimile: (210) 200-8395
*Attorneys for Defendants*